■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH R. SPENCER, Appellant. (Appeal No. 2.) [929 NYS2d 910]—

Same memorandum as in *People v Spencer* (87 AD3d 1284 [2011]). Present—Scudder, P.J., Smith, Carni, Lindley and Martoche, JJ.